AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin 

| MALIBU MEDIA, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-CV-01090 |
| JON GRUENWALD | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT JON GRUENWALD

Date: 01/31/2014

*Attorney's signature*

JEFFREY ANTONELLI #6271875
*Printed name and bar number*

Antonelli Law Ltd.
100 North LaSalle, Suite 2400
Chicago, IL 60602

*Address*

jeffrey@antonelli-law.com
*E-mail address*

(312) 201-8310
*Telephone number*

(888) 211-8624
*FAX number*